IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-178-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM FOREMAN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond not later than July 31, 2026, to defendant's pro se motion for early termination of supervised release [D.E. 4]. The response SHALL include the views of probation.

SO ORDERED. This 11 day of June, 2026.

JAMES C. DEVER III
United States District Judge