IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-178-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
WILLIAM FOREMAN, )
)
Defendant. )

The court has reviewed the entire record and governing law. For the reasons stated in the

United States' response in opposition [D.E. 6], the court DENIES defendant's motion for early

termination of supervised release [D.E. 4].

SO ORDERED. This 15 day of July, 2026.

JAMES C. DEVER III
United States District Judge